**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM LEE and ELLA SUE LEE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CASE NO. 1:15-cv-7774 |
| LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., | ) ) ) ) | |
| Defendant. | ) | |

**VERIFIED NOTICE OF REMOVAL OF CIVIL ACTION**

Defendant, Love's Travel Stops & Country Stores, Inc. ("Love's"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby gives notice of the removal of this cause to the United States District Court for the Northern District of Illinois, Eastern Division, from the Circuit Court of Cook County where this action, styled as *William Lee and Ella Sue Lee v. Love's Travel Stops & Country Stores, Inc.*, Case No. 2015L008903 (the "State Court Litigation"), is now pending, and states:

1.      The State Court Litigation was commenced on August 31, 2015, in the Circuit Court of Cook County, an Illinois state court located within this judicial district and division of this Court. *See* 28 U.S.C. § 1446(b).  Process was served on Love's Travel on or about September 1, 2015, and this Verified Notice of Removal of Civil Action is being filed within the time required by 28 U.S.C. § 1446(b).  A true and accurate copy of the Summons and Complaint served upon Love's Travel is attached as Exhibit A.

2.      The State Court Litigation is a civil action for negligence and loss of consortium.

3.      The United States District Court for the Northern District of Illinois, Eastern Division, has diversity jurisdiction over this case pursuant to 28 U.S.C. § 1332, by reason of the diversity of citizenship of the parties and the amount in controversy exceeds Seventy Five Thousand Dollars ($75,000), exclusive of costs and interest.

4.      At the time the action was commenced in state court and at the present time, Plaintiff, William Lee, was and is a resident of Cook County in the State of Illinois.

5.      At the time the action was commenced in state court and at the present time, Plaintiff, Ella Sue Lee, was and is a resident of Cook County in the State of Illinois.

6.      At the time the action was commenced in state court and at the present time, Love's was and is a business entity incorporated in the State of Oklahoma with its principal place of business in the State of Oklahoma.

7.      It is clear from a demand letter dated July 10, 2015 to Love's Travel ("Demand Letter") sent by counsel for Plaintiffs that the value of this litigation well exceeds Seventy Five Thousand Dollars ($75,000), exclusive of costs and interest.  In relevant part, Plaintiff, William Lee, claims medical expenses of One Hundred Seventy Thousand Dollars ($170,000) and lost wages of Sixty Thousand Dollars ($60,000).

8.      Written notice of the filing of this Verified Notice of Removal of Civil Action is concurrently being provided to the parties as required by law.

9.      A true and accurate copy of this Verified Notice of Removal of Civil Action will be filed with the Circuit Court of Cook County as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant, Love's Travel Stops & Country Stores, Inc., requests that this cause proceed in this Court as an action properly removed.

Respectfully submitted,

2

*s/Steven D. Groth*

Steven D. Groth (Atty. No. 6196483)

Attorney for Love's Travel Stops &
Country Stores, Inc.

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5115
(317) 223-0115 fax
sgroth@boselaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing "Verified Notice of Removal of Civil Action" has been served upon the following counsel of record by first class, United States mail, postage prepaid, this _____ day of September, 2015:

Daniel R. Flaherty
Flaherty Law
24047 W. Lockport St., Suite 201C
Plainfield, IL 60544

*s/Steven D. Groth*

2832582

3