| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

(2/28/11) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

No. 2015L008903
CALENDAR/ROOM X
TIME 00:00

Reg. Agent: C.T. Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

WILLIAM LEE and ELLA SUE LEE

(Name all parties)

v.

LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.

● SUMMONS  ○ ALIAS SUMMONS
LOVE'S TRAVEL STOPS & COUNTR

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

● Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

○ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

○ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

○ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

○ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

○ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

○ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 59468
Name: FLAHERTY LAW
Atty. for: Plaintiff
Address: 24047 W. Lockport St., Suite 201C
City/State/Zip: Plainfield, IL 60544
Telephone: (815) 577-7500

WITNESS, _____, _____

DOROTHY
Clerk of Court      AUG 31 2015

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| WILLIAM LEE and ELLA SUE LEE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. |
| LOVE'S TRAVEL STOPS & COUNTRY STORES, INC. | ) ) ) ) | |
| Defendant. | ) | |

2015L008903
CALENDAR/ROOM X
TIME 00:00
Premises Liability

## COMPLAINT AT LAW

NOW COME Plaintiffs, WILLIAMS LEE and ELLA SUE LEE, by and though their attorney, FLAHERTY LAW, and complain of Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., as follows:

### PARTIES

1. Plaintiff, WILLIAM LEE, is, and at all times relevant herein, a resident of Cook County in the State of Illinois.

2. Plaintiff, ELLA SUE LEE, is, and at all times relevant herein, a resident of Cook County in the State of Illinois.

3. At all times relevant herein, Plaintiffs, WILLIAM LEE and ELLA SUE LEE, were and are husband and wife and co-habiting together as husband and wife.

4. Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., is a corporation registered to conduct business in the State of Illinois, and regularly and systematically conducts business in and throughout Cook County in the State of Illinois.

### ALLEGATIONS COMMON TO ALL COUNTS

5. On February 7, 2014, there existed a business, commonly known as Love's Travel

Stops, located at 3150 Grant Street in the City of Gary, County of Lake, and State of Indiana.

6. At all times relevant herein, there existed a series of gas pumps located in the parking lot at the aforementioned Love's Travel Stops located at 3150 Grant Street in the City of Gary, County of Lake, and State of Indiana.

7. At the aforementioned time and place, Plaintiff, WILLIAM LEE, was lawfully on said premises.

8. At the aforementioned time and place, Plaintiff, WILLIAM LEE, was caused to slip and fall due to an accumulation of snow and/or ice near the aforementioned gas pumps thereby sustaining severe and permanent injuries.

## COUNT I – NEGLIGENCE
## WILLIAM LEE v. LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.

For this cause of action against Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., Plaintiff, WILLIAM LEE, states as follows:

1-8. Plaintiff, WILLIAM LEE, repeats and re-alleges the allegations of paragraphs 1-8 as if fully set forth herein.

9. At all relevant times herein, Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., was a corporation which owned, rented, maintained, possessed, managed, controlled, and/or inspected the premises of a business commonly known as Love's Travel Stops, located at 3150 Grant Street in the City of Gary, County of Lake, and State of Indiana.

10. At the time and place aforesaid, Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., individually, and through its employees and agents, had a duty to maintain the aforementioned premises, including the areas near the aforementioned gas pumps, in a reasonably safe condition for persons lawfully on said premises, including Plaintiff, WILLIAM LEE.

11. At the time and place aforesaid, Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., individually, and through its employees and agents, failed to properly maintain, clean, and clear the aforementioned premises, including the areas near the aforementioned gas pumps, allowing and/or causing said premises, including the areas near said gas pumps, to accumulate snow and/or ice so as to render said premises, including the areas near said gas pumps, dangerously slippery and unsafe for use, and as a result of this dangerous condition, Plaintiff, WILLIAM LEE, slipped and fell.

12. At the time and place aforesaid, Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., individually, and through its employees and agents, breached its aforementioned duty when it carelessly and negligently committed the following acts and/or omissions:

   a. Improperly operated, managed, maintained, and controlled its premises in failing to properly maintain the areas near the aforementioned gas pumps;

   b. Failed to provide slip resistant surfaces in the areas near said gas pumps for an unreasonable length of time;

   c. Failed to warn individuals lawfully on said premises, including Plaintiff, WILLIAM LEE, of the dangerous condition of its premises, when Defendant knew or should have known in the exercise of ordinary care that said warning was necessary to prevent injury to Plaintiff, WILLIAM LEE;

   d. Failed to make a reasonable inspection of its premises when it knew or in the exercise of ordinary care should have known that said inspection was necessary to prevent injury to individuals lawfully on said premises, including Plaintiff, WILLIAM LEE;

   e. Allowed its premises to remain in a dangerously slippery condition, making the areas near the aforementioned gas pumps unfit for passage for an unreasonable length of time;

   f. Caused and/or created said unnatural accumulation of snow and/or ice to develop in the course of snow removal and/or salt or

3

other substance such that the areas near the aforementioned gas pumps became slippery and/or unsafe for passage for an unreasonable length of time;

g. Failed to perform snow/ice removal services in a manner so as to avoid creating an unnatural accumulation of snow and/or ice in the areas near the aforementioned gas pumps;

h. Failed to perform snow and/or ice removal in accordance with any written agreements and/or contracts so as to avoid an unnatural accumulation of snow and/or ice in the areas near the aforementioned gas pumps;

i. Failed to perform snow and/or ice removal in accordance with the custom and practice in the industry resulting in snow and/or ice accumulating unnaturally at the location of Plaintiff's, WILLIAM LEE, fall;

j. Was otherwise careless and negligent in the ownership, management, maintenance, and operation of its premises.

13. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions of Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., Plaintiff, WILLIAM LEE, sustained serious and permanent injuries; was required to seek extensive medical consultation and treatment; has expended, and will in the future expend, great sums of money for medical and hospital care; suffered, and will in the future continue to suffer, great pain, anguish, and physical and mental suffering; has been kept from attending to and enjoying his ordinary affairs, duties, and everyday life; and was deprived of earnings to which he might have otherwise been entitled.

WHEREFORE, Plaintiff, WILLIAM LEE, prays for judgment against Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., in an amount greater than Fifty Thousand Dollars ($50,000.00) as will fairly, reasonably, and adequately compensate him for his injuries, losses, and damages, together with his costs in bringing this suit.

4

## COUNT II – LOSS OF CONSORTIUM
## ELLA SUE LEE V. LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.

For this cause of action against Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., Plaintiff, ELLA SUE LEE, states as follows:

1-13. Plaintiff, ELLA SUE LEE, repeats and re-alleges the allegations of paragraphs 1-13 as if fully set forth herein.

14. As a further direct and proximate result of the aforesaid negligent acts or omissions of Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., Plaintiff, ELLA SUE LEE, has been in the past and will in the future be deprived of the comfort, society, and consortium of her husband, WILLIAM LEE.

WHEREFORE, Plaintiff, ELLA SUE LEE, prays for judgment against Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., in an amount greater than Fifty Thousand Dollars ($50,000.00) as will fairly, reasonably and adequately compensate her for her injuries and damages, together with her costs in bringing this suit.

FLAHERTY LAW

By: _____
Daniel R. Flaherty

FLAHERTY LAW
Atty. No. 59468
Attorney for Plaintiff
24047 W. Lockport St., Suite 201C
Plainfield, IL 60544
(815) 577-7500
(844) 270-1018 (fax)

5

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| WILLIAM LEE and ELLA SUE LEE,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>LOVE'S TRAVEL STOPS &  )<br>COUNTRY STORES, INC.  )<br>)<br>Defendant.  ) | No. |

## AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(b)

Pursuant to Supreme Court Rule 222(b), counsel for the above-named plaintiffs certifies that Plaintiffs seek money damages in excess of Fifty Thousand Dollars ($50,000.00).

FLAHERTY LAW

By: _____
Daniel R. Flaherty

FLAHERTY LAW
Atty. No. 59468
Attorney for Plaintiff
24047 W. Lockport St., Suite 201C
Plainfield, IL 60544
(815) 577-7500
(844) 270-1018 (fax)